IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| BRADLEY ESTEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File |
| v. ) | No. |
| ) | |
| ADT LLC, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF REMOVAL OF CIVIL ACTION**

Defendant ADT LLC, through its undersigned counsel, now removes this civil action to this Court pursuant to 28 U.S.C. § 1441(a), and states:

1. ADT LLC, the nation's oldest and largest supplier of electronic alarm systems, is the only defendant in this civil action. Plaintiff Bradley Estey's "First Amended Complaint," filed in the Superior Court of DeKalb County, State of Georgia, Case Number 16CV7710, is dated July 15, 2015. ADT was served with a summons and a copy of the complaint on July 28, 2016. A copy of the summons and complaint is attached as an Exhibit to this Notice.

2. This action, pled individually and on behalf of a nationwide class of consumers, seeks injunctions, compensatory and punitive damages, and attorney fees arising from alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227(b).

TIMELINESS OF REMOVAL

3. Removal is timely under 28 U.S.C. § 1446(b)(1). ADT was served on July 28, 2015.

BASIS FOR JURISDICTION

4. This Court has original federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331.

5. The complaint presents a federal question because it seeks relief under the Telephone Consumer Protection Act, 47 U.S.C. § 227(b), a law of the United States.

NO CONSENT FROM CODEFENDANTS REQUIRED

6. ADT is the sole defendant. No party's consent to removal is required.

WHEREFORE, defendant ADT LLC now removes Case Number 16CV7710 from the Superior Court of DeKalb County, State of Georgia, to this Court.

Dated:  August 25, 2016

        THE GODSEY FIRM LLC

        /s/ J. Gregory Godsey_____
        J. Gregory Godsey
        ggodsey@thegodseyfirm.com
        Georgia Bar No. 298577
        3985 Steve Reynolds Boulevard
        Building D
        Norcross, Georgia 30093
        Tel:  (404) 582-0001
        Fax:  (888)869-0856

        *Counsel for Defendant ADT LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 25th day of August, 2016, the foregoing was presented to the Clerk of Court for filing and uploading to the CM/ECF system, and for service upon the following counsel of record:

Justin T. Holcombe
Kris Skaar
Skaar & Feagle, LLP
2374 Main Street
Suite B
Tucker, GA 30084

James M. Feagle
Cliff R. Dorsen
Skaar & Feagle, LLP
2374 Main Street
Suite B
Tucker, GA 30084

Jeremy M. Glapion
The Glapion Law Firm, LLC
1704 Maxwell Drive
Wall, New Jersey 07719

This 25th day of August, 2016.

/s/J. Gregory Godsey_____
J. GREGORY GODSEY