IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRADLEY ESTEY, | : |
| Plaintiff, | : |
| v. | : |
| ADT, LLC, | : CIVIL ACTION NO. |
| | : 1:16-cv-3141-AT |
| Defendant. | : |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Planning Report and Discovery Plan form completed by the parties, ("JPRDP", Doc. 12), the Court **ORDERS** that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in JPRDP, except as modified herein:

The deadline for Plaintiff to file his Motion for Class Certification is March 6, 2016. The Court will set a schedule for class discovery in the event Plaintiff's motion is granted.

**IT IS SO ORDERED** this 31st day of October, 2016.

_____
**Amy Totenberg
United States District Judge**