IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRADLEY ESTEY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| ADT LLC, | : CIVIL ACTION NO. |
| | : 1:16-cv-3141-AT |
| | : |
| Defendant. | : |

### ORDER

This matter is before the Court on the Parties' Consent Motion for Protective Order [Doc. 22] which includes provisions dealing with the filing of material designated as confidential on the Court's docket. The motion is **GRANTED** and the protective order is **APPROVED SUBJECT TO THE FOLLOWING MODIFICATION:**

With respect to Paragraph 9 of the Consent Protective Order regarding "Filing With Court," the Parties are required to comply with the Court's procedures regarding Confidentiality Agreements, Protective Orders, and Motions to Seal set forth in Section III(f) of the Court's Amended Guidelines to Parties and Counsel in Cases Proceeding Before the Honorable Amy Totenberg issued in a new Standing Order that supersedes the Guidelines previously entered

in this case.  The Standing Order is posted on the Court's webpage located at:

http://www.gand.uscourts.gov/sites/default/files/at_case_guidelines.pdf.[1]

**IT IS SO ORDERED** this 3rd day of March, 2016.

_____
**Amy Totenberg**
**United States District Judge**

---

[1] The parties are **DIRECTED** to review these Guidelines, paying special attention to the revisions to Sections II(b) Courtesy Copies of Documents, III(a) Motions for Temporary Restraining Orders or Preliminary Injunctive Relief, III(e) Discovery Disputes, III(f) Confidentiality Agreements, Protective Orders, and Motions to Seal, and III(j) Amended Complaints and Motions to Dismiss.   Counsel and *pro se* parties are required to sign and file a Certificate of Compliance attached as an Appendix to the Standing Order.  The Court notes that counsel for Defendant has not filed the required Certificate of Compliance is and is hereby **DIRECTED** to do so **NO LATER THAN December 1, 2016**.