# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:16-cv-03141-AT**
**Estey v. ADT LLC**
**Honorable Amy Totenberg**

Minute Sheet for proceedings held In Open Court on 04/19/2018.

TIME COURT COMMENCED: 10:49 A.M.
TIME COURT CONCLUDED: 12:23 P.M.   COURT REPORTER: Shannon Welch
TIME IN COURT: 1:34                DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Justin Holcombe representing Bradley Estey<br>Charles McNew representing ADT LLC<br>Jason Scott representing ADT LLC<br>Kris Skaar representing Bradley Estey |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | The Court questioned the parties re the [59] Motion for Class Certification and [66] Motion for Summary Judgment. |