IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **BRADLEY ESTEY**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ADT LLC,**<br><br>Defendant. | Civil Action File<br>No. 1:16-CV-03141-AT |

## NOTICE OF SETTLEMENT

On May 9, 2018, the Court held a telephone conference with counsel for the parties to discuss the posture of the case and further instructed the parties to inform the court no later than May 21, 2018, whether they would agree to mediation.  Following that call, the parties engaged in informal settlement discussions and have agreed to fully resolve the pending lawsuit.  Mediation is therefore not necessary and the parties will continue to work to finalize a settlement agreement and release.

Dated:  May 21, 2018

Respectfully submitted,

THE GODSEY FIRM, L.L.C.

By: /s/ J. Gregory Godsey
    J. Gregory Godsey
    Georgia Bar Number 298577
    3985 Steve Reynolds Boulevard
    Building D
    Norcross, GA  30093
    Telephone: 404-582-0001
    Facsimile:  404-869-0856
    ggodsey@thegodseyfirm.com

    ***Attorneys for Defendant***
    ***ADT LLC and iPacesetters LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of May, 2018, the foregoing was filed via electronic ECF filing with the Northern District of Georgia and was electronically forwarded to all counsel of record, including Plaintiff's counsel:

James M. Feagle
Cliff R. Dorsen
SKAAR & FEAGLE, LLP
2374 Main Street
Suite B
Tucker, GA  30084
Telephone: 404-373-1970
Facsimile:  404-601-1855
jfeagle@skaarandfeagle.com
cdorsen@skaarandfeagle.com

Justin T. Holcombe
Kris Skaar
SKAAR & FEAGLE, LLP
133 Mirramont Lake Drive
Woodstock, GA  30189
Telephone: 770-427-5600
Facsimile:  404-601-1855
jholcombe@skaarandfeagle.com
kskaar@skaarandfeagle.com

*Attorneys for Plaintiff*
*Bradley Estey*

Jeremy M. Glapion
THE GLAPION LAW FIRM, LLC
1704 Maxwell Drive
Wall, New Jersey  07719
Telephone: 732-455-9737
Facsimile:  732-709-5150
jmg@glapionlaw.com

*Attorneys for Plaintiff*
*Bradley Estey*

　　　　　　　　　　　　　　　　 /s/ J. Gregory Godsey
　　　　　　　　　　　　　　　　J. Gregory Godsey

8770117 v1