IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRADLEY ESTEY, on behalf of himself         :
and all others similarly situated,          :
                                            :
        Plaintiff,                          :          CIVIL ACTION NO.
                                            :            1:16-CV-3141-AT
        v.                                  :
                                            :
ADT LLC, and IPACESETTERS, LLC,             :
                                            :
        Defendants.                         :

## ORDER

The Court has been advised that the Parties are in the process of reaching a settlement to resolve this matter.  Therefore, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** the case while the Parties work to finalize the settlement agreement.  Upon finalizing the settlement agreement, the Parties are **DIRECTED** to file a stipulation of dismissal.  The Clerk is **DIRECTED to RESUBMIT** this Order in thirty (30) days from the date of this Order if no such stipulation of dismissal has been filed.

**IT IS SO ORDERED** this 22nd day of May, 2018.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**