UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **BRADLEY ESTEY**, <br><br> Plaintiff, <br> v. <br><br> **ADT LLC; IPacesetters LLC,** <br><br> Defendants. | Civil Case No.: 16-cv-3141 |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil procedure, Plaintiff Bradley Estey, by and through his counsel, hereby gives notice that the above-captioned action is dismissed with prejudice and without costs to either party.

Dated: June 4, 2018

*/s/ Jeremy M. Glapion_____*

Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150

*Attorney for Plaintiff*

THE GODSEY FIRM, L.L.C.

By:  /s/ J. Gregory Godsey
J. Gregory Godsey
Georgia Bar Number 298577
3985 Steve Reynolds Boulevard
Building D
Norcross, GA  30093
Telephone: 404-582-0001
Facsimile:  404-869-0856
Email:  ggodsey@thegodseyfirm.com

*Attorneys for Defendant*
*ADT LLC and iPacesetters LLC*